NORBETH PFEFFER, Respondent, *v.* PHILIP KLING et al., Appellants.

*Pfeffer* v. *Kling,* 58 App. Div. 179, appeal withdrawn.
(Argued March 24, 1902; decided April 1, 1902.)

MOTION by Thomas D. Husted, as receiver, one of the appellants herein, to withdraw, so far as he is concerned, an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1901, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict directed by the court.

The motion was made upon the ground that the appeal was unauthorized and taken without his knowledge or consent.

*Thomas D. Husted,* in person, for motion.

*Clarence L. Barber* opposed.

Motion granted upon payment to plaintiff of costs that have accrued to the present time.